## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **STATE MANUFACTURED HOMES, INC.**<br><br>*Plaintiff,*<br><br>v.<br><br>**CITY OF SOUTH PORTLAND AND TOWN OF SCARBOROUGH**<br><br>*Defendants.* | Civil Action No. _____ |

### AFFIDAVIT OF MARK V. FRANCO, ESQ,

I, Mark V. Franco, Esq, having been first duly sworn according to law, do hereby depose and say:

1. I am an attorney licensed to practice in the State of Maine, State of New Hampshire, and State of Vermont with an office located at Drummond Woodsum, 84 Marginal Way, Suite 600, Portland, Maine, 04101.

2. I represent Defendant Town of Scarborough in the above-referenced matter and have filed a Notice of Removal to the United States District Court on January 10, 2023.

3. To my knowledge, the certified copy of the record of this case in the Cumberland County Superior Court (filed simultaneously herewith) contains an accurate copy of every document of every kind and description, docketed in *State Manufactured Homes, Inc. v. City of South Portland and Town of Scarborough,* Docket No. CV-2022-416, prior to removal by Defendant Town of Scarborough to the United States District Court.

4. To my knowledge, the certified copy of the record of this case in the State Court reflects every action that has been filed in *State Manufactured Homes, Inc. v. City of South*

*Portland and Town of Scarborough,* Docket No. CV-2022-416, in the State Court prior to removal by Defendant Town of Scarborough to the United States District Court. A copy of the Complaint with the Summons was served upon Defendant Town of Scarborough on December 28, 2022 but the Return of Service has not yet been filed with the State Court.

Dated: January 10, 2023

/s/ Mark V. Franco
Mark V. Franco, Esq.
*Attorney for Defendant Town of Scarborough*

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME 04101
Tel: (207) 772-1941
mfranco@dwmlaw.com

STATE OF MAINE
CUMBERLAND, ss.                                         January 10, 2023

Personally appeared the above-named Mark V. Franco, Esq. and made oath that the above statements are true and accurate and based on his own personal knowledge.

Before me,

/s/ Redyn Keller
Redyn Keller
Notary Public, State of Maine
My Commission Expires: June 24, 2028

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, I filed the foregoing Affidavit of Mark V. Franco, Esq. with the Clerk of Court via email at MaineECFIntake@med.uscourts.gov. I also certify that I made service of the foregoing, by depositing a true copy of same, on this date, in the U.S. Mail, postage prepaid and via email to:

C. Alan Beagle, Esq.
Beagle, Thomas & Ridge, LLC
10 Moulton Street, Ste. 6
Portland, ME 04101
cab@beagleridge.com
*Attorney for Plaintiff*

David A. Lourie, Esq.
Law Office of David A. Lourie
189 Spurwink Road
Cape Elizabeth, ME 04107
david@laurielaw.com
*Attorney for Plaintiff*

Jonathan W. Brogan, Esq.
Norman Hanson DeTroy
Two Canal Plaza
Portland, ME 04112
jbrogan@nhdlaw.com
*Attorney for Defendant City of South Portland*

Dated: January 10, 2023               /s/ Mark V. Franco
                                                                    Mark V. Franco, Esq.
                                                                    *Attorney for Defendant Town of Scarborough*

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME 04101
Tel: (207) 772-1941
mfranco@dwmlaw.com